# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Parker et al,

        Appellants,                      JUDGMENT IN A CIVIL CASE

vs.                                              3:08cv373

Mitchell,

        Appellee.

DECISION BY COURT. This action having come before the Court by Notice of Appeal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/9/2008 Order.

Signed: October 9, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court