# United States District Court
# For The Western District of North Carolina
# Charlotte Division
## 3:08cv373
## [BR 04-30593 & 04-3051]

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THOMAS BRUCE PARKER, | ) | Bankruptcy Case Number |
| | ) | 04-30593 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| RICHARD M MITCHELL, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee/Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| THEODORE GREGG PARKER, | ) | |
| | ) | Adversary Proceeding Number |
| Appellant/Defendant, | ) | 04-3051 |
| | ) | |
| and | ) | |
| | ) | |
| THOMAS BRUCE PARKER; | ) | |
| MARGARET JUNE PARKER | ) | |
| SCHLAPHOHL; and | ) | |
| BETTY JEANNE PARKER, | ) | |
| | ) | |
| Interested Parties/Defendants. | ) | |
| _____ | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2011 Order.

Signed: August 2, 2011

Frank G. Johns, Clerk
United States District Court